UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEALLY CUNNINGHAM,

    Petitioner,

v.                                              Case No. 6:11-cv-455-Orl-19KRS
                                                          (6:06-cr-32-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.

_____

**<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. section 2255. (Doc. No. 1, filed March 22, 2011). However, Petitioner previously filed Case No. 6:08-cv-253-Orl-35KRS (Doc. No. 1, filed February 19, 2008) in this Court seeking relief under section 2255, which case was dismissed with prejudice by the Court on August 28, 2009 (Doc. No. 27). Thus, the present motion is a second or successive application for relief. Before Petitioner will be permitted to file a second or successive section 2255 motion in this Court, Petitioner must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the motion. *See* 28 U.S.C. § § 2244, 2255. For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek this authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that section 2255 limits the circumstances under which

the Court of Appeals will authorize the filing of a second or successive motion. Furthermore, section 2255 imposes a time limitation on the filing of a motion. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both of these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case.

3. The Clerk of the Court is directed to terminate the motion pending at Doc. No. 122 in criminal case 6:06-cr-132-Orl-19KRS.

**DONE AND ORDERED** at Orlando, Florida, this  28th  day of March, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 3/28
Neally Cunningham