UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEALLY CUNNINGHAM,

    Petitioner,

v.                                                         Case No. 6:11-cv-455-Orl-19KRS
                                                             (6:06-cr-32-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner's Request for a Certificate of Appealability (Doc. No. 5, filed April 8, 2011) is **DENIED**. This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this __12th__ day of April, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 4/12
Counsel of Record
Neally Cunningham